IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00319-WYD-MEH

MALIBU MEDIA, LLC,

       Plaintiff,

v.

JOHN RYDER,

       Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 12, 2013.**

Plaintiff's Partially Agreed Motion to Strike Defendant John Ryder's Affirmative Defenses [filed July 10, 2013; docket #18] is **stricken** for failure to comply with Fed. R. Civ. P. 5(a)(1)(D) and D.C. Colo. LCivR 5.1G.  Rule 5(a)(1)(D) requires that a written motion filed with the Court must be served on every party.  Local Rule 5.1G requires, in pertinent part, that "[e]ach paper, other than one filed ex parte, shall be accompanied by a certificate of service indicating the date it was served, the name and address of the person to whom it was sent, and the manner of service."  The Certificate of Service attached to Plaintiff's Motion indicates service was perfected on all counsel of record and interested parties through the Court's CM/ECF system; however, Defendant is proceeding in this action without an attorney and is not a registered user of the Court's CM/ECF system.  Thus, Plaintiff's electronic service of the motion through CM/ECF is inadequate.