IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00319-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN RYDER,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulation of Dismissal With Prejudice (ECF No. 35), filed October 22, 2013.  After carefully reviewing the above-captioned case, I find that this matter should be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, it is ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and attorney fees.  The Clerk of the Court shall close this case.

    Dated:  October 23, 2013

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge